UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CLAYTON MORRISETTE HIGH WOLF, SR.,<br><br>Defendant. | 5:24-CR-50188-01-CCT<br><br>**ORDER DENYING PRO SE MOTION** |

Defendant, Clayton Morrisette High Wolf, Sr., moves pro se for a Motion for Judicial Notice of Civil Rights Violation. (Docket 18). High Wolf, however, is represented by counsel and is not proceeding pro se in this matter. "[A] district court has no obligation to entertain pro se motions filed by a represented party." *United States v. Pate*, 754 F.3d 550, 553 (8th Cir. 2014) (quoting *Abdullah v. United States*, 240 F.3d 683, 686 (8th Cir. 2001)). The court will only accept motions filed by counsel. Thus, it is

ORDERED that defendant's pro se motion (Docket 18) is denied without prejudice.

Dated January 22, 2025.

BY THE COURT:

/s/ *Camela C. Theeler*
CAMELA C. THEELER
UNITED STATES DISTRICT JUDGE